# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-02545-STV

BRADY MISTIC,

    Plaintiff,

v.

NICHOLAS HANNING,
ELLIE SUMMERS,
CITY OF IDAHO SPRINGS, and
BOARD OF COUNTY COMMISSIONERS OF CLEAR CREEK COUNTY,

    Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

William T. O'Connell, III of Wells, Anderson & Race, LLC hereby enters his appearance on behalf of the Board of County Commissioners of Clear Creek County.  Mr. O'Connell certifies he is a member in good standing of the bar of this Court.

Dated this 23rd day of September 2021.

    Respectfully submitted,

    *s/ William T. O'Connell, III*
    William T. O'Connell, III
    Wells, Anderson & Race, LLC
    1700 Broadway, Suite 1020
    Denver, CO  80290
    Telephone: 303-830-1212
    Email:  *woconnell@warllc.com*

    **ATTORNEY FOR DEFENDANT BOARD OF COUNTY COMMISSIONERS OF CLEAR CREEK COUNTY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 23, 2021, a true and correct copy of the above and foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notices to the following email address:

Raymond K. Bryant, #42586
Rachel B. Maxam, #47711
**Civil Rights Litigation Group, PLLC**
1543 Champa Street, Suite 400
Denver, CO  80202

      *s/ Joan E. Hoover*
      Joan E. Hoover
      Email: *jhoover@warllc.com*