IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02545-DDD-STV

BRADY MISTIC,

    Plaintiff,

v.

NICHOLAS HANNING,
ELLIE SUMMERS,
CITY OF IDAHO SPRINGS, and
BOARD OF COUNTY COMMISSIONERS OF CLEAR CREEK COUNTY,

    Defendants.

_____

**UNOPPOSED MOTION FOR PLAINTIFF'S SENIOR COUNSEL TO APPEAR AT SETTLEMENT CONFERENCE REMOTELY**
_____

    Plaintiff's counsel, Raymond K. Bryant, hereby requests leave to appear at the settlement conference scheduled for tomorrow, October 27, remotely (by audio or video) conference. In support, counsel states as follows:

    1.    Undersigned counsel began feeling ill with flu-like symptoms on Monday, while working remotely. Plaintiff was eventually tested and obtained a positive result for COVID-19.

    2.    Counsel expects to be contagious for at least five days and has quarantined himself. It is not believed that he has exposed any other attorneys from the firm.

    3.    Counsel is not symptomless. However, as of today, counsel is well-enough to work intermittently on critical and time-sensitive tasks that cannot practicably be cleared or which require urgent attention. It is expected that he will be able to continue.

4. This illness comes at an inopportune time, as significant planning and effort have gone into scheduling the Settlement Conference, including not only for Defendants, counsel, and their insurers in a multi-party case, but also for Plaintiff, Plaintiff's counsel, and an interpreter for Plaintiff (Plaintiff is deaf). The litigation has been stayed pending the outcome of the settlement conference. As such, counsel does not wish to delay any further.

5. Undersigned counsel hereby requests leave to attend the conference remotely, either by audio or video (Zoom, videoconference of the court's choosing, or telephone).

6. Along with senior counsel's attendance by remote means, Plaintiff, attorney Rachel Maxam, and an interpreter will attend in-person. Ms. Maxam will be able to handle any issues that undersigned counsel cannot.

7. Counsel has conferred with counsel for defendants, who have no objection.

Dated this 26th day of October, 2022.

*s/   Raymond K. Bryant*
Raymond K. Bryant, Esq.
1543 Champa St., Ste. 400
Denver, CO 80202
P:  720-515-6165
F:  303-534-1949
raymond@rightslitigation.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of October, 2022, a true and correct copy of **UNOPPOSED MOTION FOR PLAINTIFF'S SENIOR COUNSEL TO APPEAR AT SETTLEMENT CONFERENCE REMOTELY** was electronically sent to the following:

Eric M. Ziporin
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone:  (303) 320-0509
eziporin@sgrllc.com

Kate M. Sandlin
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, CO 80210
Telephone:  (303) 320-0509
ksandlin@sgrllc.com
*Attorneys for Defendant City of Idaho Springs*

William T. O'Connell
Saugat K. Thapa
Wells Anderson & Race, LLC
woconnell@warllc.com
sthapa@warllc.com
*Attorney for Defendant Board of County Commissioners of Clear Creek County*

Peter H. Doherty
Lasater & Martin, PC
peter@lasaterandmartin.com
*Attorney for Defendant Nicholas Hanning*

David J. Goldfarb
Josh A. Marks
Berg Hill Greenleaf Ruscitti LLP
djg@bhgrlaw.com
jam@bhgrlaw.com
*Attorneys for Defendant Ellie Summers*

**s/ Raymond K. Bryant**